TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00384-CR







Ex parte Celeste Marie Beard







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT


NO. 9020236, HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING






O R D E R


PER CURIAM

The order dated November 20, 2002, dismissing the State's motion for stay of
mandate is withdrawn and the motion is reinstated. The State's motion for stay of mandate is
granted. See Tex. R. App. P. 31.4.

It is ordered December 3, 2002.


Before Justices Kidd, B. A. Smith and Yeakel

Do Not Publish